UNITED STATES BANKRUPTCY COURT
District of Minnesota (Minneapolis)

In re:

Debtor(s)

Christine Sue Fenske

Case No.: 07-43549      Loan Number (Last 4): 4264

Chapter: 13

## NOTICE OF PAYMENT CHANGE

America's Servicing Co., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | November 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $597.36 |
| | Tax and Other Amount | $54.67 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $57.20 |
| | Total Payment Amount | $709.23 |
| New Monthly Payment: | Principal and Interest | $597.37 |
| | Tax and Other Amount | $60.67 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $34.66 |
| | Hazard Insurance Amount | $69.87 |
| | Total Payment Amount | $762.57 |

Specific Contact Information:       Sean Calvin

Jeffrey Hacker       America's Servicing Co.

Phone: 800-662-3806       MAC X7801-014 3476 Stateview Blvd.

Fax:       Fort Mill, SC 29715

Email:       Telephone: 800-842-7654

     Fax:

     Email Address:

Date: July 28, 2011

By: /s/ Sean Calvin

0-8dd6eb6d-2511-42b3-9760-29483269ed01

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Stephen Heller
Heller & Thyen, P.A.
606 25th Ave S
Suite 110
St. Cloud, MN 56301

Trustee:

Kyle Carlson
PO Box 519
Barnesville, MN 56514


/s/ Bill Taylor

As Authorized Agent for Filer

0-8dd6eb6d-2511-42b3-9760-29483269ed01